No. 16-3820

IN THE
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

---

UNITED STATES OF AMERICA,

Appellee

v.

COREY GRANT,

Defendant-Appellant.

---

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* JUVENILE LAW CENTERIN SUPPORT OF APPELLANT COREY GRANT**

---

Marsha L. Levick
JUVENILE LAW CENTER
1315 Walnut St., 4th Floor
Philadelphia, PA 19107
(215) 625-0551
mlevick@jlc.org

*Counsel for Amicus Curiae*

## MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE

Pursuant to Federal Rule of Appellate Procedure 29(b), *Amicus Curiae* Juvenile Law Center, respectfully moves to file the accompanying brief in support of Appellant and Rehearing *En Banc*.

## INTEREST AND IDENTITY OF AMICUS CURIAE

Juvenile Law Center advocates for rights, dignity, equity and opportunity for youth in the child welfare and justice systems through litigation, appellate advocacy and submission of amicus briefs, policy reform, public education, training, consulting, and strategic communications. Founded in 1975, Juvenile Law Center is the first non-profit public interest law firm for children in the country. Juvenile Law Center strives to ensure that laws, policies, and practices affecting youth advance racial and economic equity and are rooted in research, consistent with children's unique developmental characteristics, and reflective of international human rights values.

Juvenile Law Center has worked extensively on the issues of juvenile life without parole and *de facto* life sentences, serving as co-counsel for petitioner in the U.S. Supreme Court case *Montgomery v Louisiana*, 136 S. Ct 718 (2016), and filing amicus briefs in the U.S. Supreme Court in both *Graham v Florida*, 560 US 48 (2010), and *Miller v Alabama*, 567 US 460 (2012). Additionally, Juvenile Law Center has participated as *amicus curiae* in numerous juvenile life without parole

and *de facto* life cases throughout the nation.

**NEED FOR AMICUS PARTICIPATION**

The questions of law before this Court are closely tied to important and pressing public policy concerns related to the sentencing of youth. Amicus Curiae Juvenile Law Center works closely with policymakers, juvenile justice advocates, social scientists and medical and mental health professionals, and has developed expertise related to sentencing of youth and parole standards and practices post-*Graham* and *Miller*. Amicus is well positioned to offer unique insight to this Court regarding some of the issues that are implicated in this appeal.

**CONCLUSION**

This case is of exceptional importance to the national community of advocates seeking to defend the constitutional rights of children. *Amicus* participation by knowledgeable and respected members of that community is therefore appropriate. *Amicus* respectfully request that this Court grant leave to file the accompanying *Amicus Curiae* brief.

Respectfully submitted,
/s/Marsha L. Levick

Marsha L. Levick
JUVENILE LAW CENTER
1315 Walnut St., 4th Floor
Philadelphia, PA 19107
(215) 625-0551
mlevick@jlc.org
*Counsel for Amicus Curiae*

DATED: December 24, 2018

## COMBINED CERTIFICATIONS

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. Pr. 27(d)(2) because this motion does not exceed 20 pages, exclusive of the corporate disclosure statement and any accompanying documents authorized by Fed. R. App. P. 27(a)(2)(B).

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times new Roman font.

Pursuant to Third Circuit Local Appellate Rule 28.3(d), I certify that the undersigned counsel is a member of the Bar of the United States Court of Appeals for the Third Circuit.

I certify that the text of the electronic motion is identical to the text in the paper copies. I also certify that a virus check was performed by Symantec endpoint Protection version NIS-20.4.0.40, and no virus was detected.

Respectfully submitted,

/s/Marsha L. Levick
Marsha L. Levick

DATED: December 24, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2018, I electronically filed the foregoing Motion for Leave to File Brief of Amicus Curiae, Appearance of Marsha L. Levick, and Brief of Amicus Curiae Juvenile Law Center in Support of Appellant Corey Grant with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Marsha L. Levick
MARSHA L. LEVICK

DATED: December 24, 2018